UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
BRICKLAYERS PENSION TRUST FUND – METROPOLITAN AREA; BRICKLAYERS AND TROWEL TRADES INTERNATIONAL RETIREMENT SAVINGS PLAN; BRICKLAYERS HOLIDAY TRUST FUND, METROPOLITAN AREA; TROWEL TRADES HEALTH AND WELFARE FUND, DETROIT AND VICINITY, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; DETROIT METROPOLITAN MASONRY JOINT APPRENTICESHIP AND TRAINING COMMITTEE; the BRICKLAYERS INTERNATIONAL MASONRY INSTITUTE and the LABOR-MANAGEMENT COOPERATION COMMITTEE;

    Plaintiffs,

vs.

RIVER CITY CONTRACTING, LLC, a limited liability company, RANDY G. MARTINUZZI, an individual and WILLIE L. HARTFIELD an individual, jointly and severally,

    Defendants.
_____/

Case No. 13-10493
HON. George Caram Steeh

**ORDER FOR ALTERNATE SERVICE**

  This matter having come before the Court on Plaintiffs' Motion for Alternate Service and to Extend Summons and the Court being advised fully in the premises;

  Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion for Alternate Service is GRANTED. The Summons issued in this matter is extended for an additional 60 days and that the Summons and Complaint may be served by certified mail and first

2

class mail to Randy G. Martinuzzi at the registered Michigan address of 689 Rivard Blvd., Suite 444, Grosse Pointe, MI  48230, together with firmly tacking a copy of the Summons and Complaint to the front door of said address.

                                                                       s/George Caram Steeh  
                                                                       United States District Judge

Dated:  May 22, 2013