UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRICKLAYERS PENSION TRUST
FUND–METROPOLITAN AREA,
et al.,

        Plaintiffs,

                      Case No. 13-CV-10493
vs.                     HON. GEORGE CARAM STEEH

RIVER CITY CONTRACTING, LLC.,
et al.,

        Defendants.
_____/

ORDER GRANTING IN PART MOTION TO STRIKE DEFENDANT
WILLIE L. HARTFIELD'S LETTER OR IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT (DOC. # 20)

       This matter was before the court on July 24, 2013 for a status conference. Counsel for plaintiffs and the individual defendants were present. At the conference, conducted on the record, the parties discussed scheduling, which will be the subject of a separate order entered by the court. The court and the parties also discussed two motions recently filed by plaintiffs. In the first, plaintiffs requested that the court strike a letter (or in the alternative require a more definite statement) filed by defendant Willie Hartfield. While the court will not consider the letter written by Mr. Hartfield to be an answer to the complaint, it declines to strike it from the record.

       The court and the parties also discussed plaintiffs' motion for default judgment as to defendant River City Contracting, LLC, concerning which a clerk's entry of default has been entered. As the court noted on the record, it does not appear that there will be

opposition to this request. However, the response time has not yet elapsed. Accordingly, as the court noted on the record, should there be neither an appearance nor a response to the motion filed by the time that date arrives, it will enter default judgment as to the entity.

Accordingly, plaintiffs' motion to strike defendant Willie L. Hartfield's letter or in the alternative, for a more definite statement, is GRANTED IN PART AND DENIED IN PART. Mr. Hartfield has 21 days, or until August 14, 2013, to file an answer in compliance with applicable court rules.

**IT IS SO ORDERED**.

Dated: July 24, 2013

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 24, 2013, by electronic and/or ordinary mail and also on Willie L. Hartfield, 24751 Church, Oak Park, MI 48237, and Randy G. Martinuzzi, 689 Rivard, Grosse Pointe, MI 48230.

s/Barbara Radke
Deputy Clerk