UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
BRICKLAYERS PENSION TRUST FUND–
METROPOLITAN AREA; BRICKLAYERS
AND TROWEL TRADES INTERNATIONAL
RETIREMENT SAVINGS PLAN; BRICKLAYERS
HOLIDAY TRUST FUND, METROPOLITAN AREA;
TROWEL TRADES HEALTH AND WELFARE
FUND, DETROIT AND VICINITY; BRICKLAYERS
AND TROWEL TRADES INTERNATIONAL PENSION
FUND; DETROIT METROPOLITAN MASONRY JOINT
APPRENTICESHIP AND TRAINING COMMITTEE;
the BRICKLAYERS INTERNATIONAL MASONRY
INSTITUTE and the LABOR-MANAGEMENT
COOPERATION COMMITTEE;

   Plaintiffs,

vs.              Case No.  13-CV-10493
                 HON. GEORGE CARAM STEEH

RIVER CITY CONTRACTING, LLC., a
limited liability company, RANDY G.
MARTINUZZI, an individual and WILLIE
L. HARTFIELD, an individual, jointly and
severally,

   Defendants.
_____/

## ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY

 The court, having received notice of the filing of a Chapter 7 Bankruptcy Petition by defendant Randy Martinuzzi, HEREBY ORDERS that this case is closed for administrative purposes without prejudice as to defendant Randy Martinuzzi only.  This closing does not constitute a dismissal or a decision on the merits.

IT IS FURTHER ORDERED that when the bankruptcy stay has been removed this case may be reopened on motion of any party.

Dated: April 10, 2014

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 10, 2014, by electronic and/or ordinary mail and also on Willie L. Hartfield, 24751 Church, Oak Park, MI 48237, and Randy G Martinuzzi, 689 Rivard, Suite 444, Grosse Pointe, MI 48230.

s/Barbara Radke
Deputy Clerk

---